# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139922(43)

LARRY HODGES,
          Plaintiff-Appellant,

v

          SC: 139922
          COA: 292640
          Wayne CC: 08-103334-NM

COLLINS EINHORN FARRELL
& ULANOFF, P.C., and
the RENAISSANCE CENTER,
          Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's February 26, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010                                    
                                            Clerk

d0517